UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURO GUMPAL,<br><br>            Plaintiff,<br><br>     v.<br><br>QUEEN OF THE VALLEY MEDICAL CENTER, et al.,<br><br>            Defendants. | Case No. 16-cv-06611-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice to plaintiff pursuing his state law claims in state court.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: June 26, 2017

                                                                                    
SUSAN ILLSTON
United States District Judge